AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

## APPEARANCE

Case Number: 04-1809-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  JONATHAN D. MITCHELL

I certify that I am admitted to practice in this court.

Date: 6/30/04

Signature

Print Name: Edward J. O'Reilly    Bar Number: 379990

Address: 46 Middle St.

City: Gloucester    State: MA    Zip Code: 01930

Phone Number: (978) 281-1774

Fax Number: 281-3444