UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**          ) <br>                                                                  ) <br>      v.                                                        ) <br>                                                                  ) <br> **CARLOS ESPINOLA, et al.,**                 ) <br>      <u>Defendants.</u>                                ) | Crim. No. 04-10288-NG |

GERTNER, D.J.:

### ORDER OF RECUSAL

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

Date:  October 25, 2004            <u>/s/NANCY GERTNER, U.S.D.J.   </u>