UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                   )<br>)<br>1) CARLOS ESPINOLA,              )<br>2) JOSE MELO,                    )<br>3) JOSEPH BALDASSANO,            )<br>4) MATTHEW CREAM,                )<br>5) JASON MATTHEWS,               )<br>6) JOSEPH ALLEN,                 )<br>7) KEITH BEHSMAN,                )<br>8) JONATHAN MITCHELL,            )<br>9) JAMES GARDNER,                )<br>10) PHILIP ALBERT, JR.,          )<br>11) JARED KNOWLTON,              )<br>12) ARCHIBALD MACLEOD,           )<br>13) GUISEPPE TORRENTE            )<br>             Defendants.        )<br>)<br>)<br>)<br>) | Criminal No. 04-10288-NG<br><br>**VIOLATIONS:**<br><br>21 U.S.C. § 846 - Conspiracy Possess with Intent to Distribute, and to Distribute, Oxycodone<br><br>21 U.S.C. § 841(a)(1) - Distribution of Oxycodone<br><br>21 U.S.C. § 860(a) - Distribution of Oxycodone Within a Public Housing Authority<br><br>18 U.S.C. § 2 - Aiding and Abetting<br><br>21 U.S.C. § 853 - Criminal Forfeiture Allegation |

**UNITED STATES' BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

The Forfeiture Allegation of the Indictment seeks forfeiture, pursuant to 21 U.S.C. § 853 as a result of violations of 21 U.S.C. §§ 841 and 846, of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or

part, to commit, or to facilitate the commission of, such violations, including, but not limited to the following:

1) $7,961.00 in United States Currency, seized from Joseph Baldassano, on or about June 29, 2004.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Shelbey D. Wright
      DAVID G. TOBIN
      SHELBEY D. WRIGHT
      Assistant U.S. Attorneys
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3100

Dated: November 4, 2004

### CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon Elliot M. Weinstein, Esquire, 228 Lewis Wharf, Boston, Massachusetts 02110, as counsel for Defendant Joseph Baldassano, by first class mail, postage prepaid.

        /s/ Shelbey D. Wright
        Shelbey D. Wright
        Assistant U.S. Attorney

Dated: November 4, 2004