UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10288-NG |
| | ) | |
| Carlos Espinola, et al | ) | |

### MOTION TO WITHDRAW

I, Edward J. O'Reilly, counsel for co-defendant Jonathan Mitchell in the above-captioned case, do hereby withdraw as counsel of record effective immediately.

Respectfully submitted,

Edward J. O'Reilly
46 Middle Street
Gloucester, MA 01930
(978) 281-1774

Dated: February 15, 2005