UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10288-NG |
| ) | |
| CARLOS ESPINOLA, et al. ) | |

## APPEARANCE

Kindly enter my appearance for the defendant, Jonothan Mitchell in the above captioned matter.

Dated: February 18, 2005

By his attorney,

/s/ William F. Sullivan
William F. Sullivan
Sullivan & Associates
277 Newport Avenue
Quincy, MA 02170
(617) 328-6900
BBO# 488290

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND/BY FAX.

DATED: /s/ William F. Sullivan
2/23/05