UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS ESPINOLA, ET AL )<br>Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10288-RWZ** |

ORDER OF EXCLUDABLE TIME
April 13, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 18, 2005 (date of expiration of prior order of excludable time) through May 19, 2005 (date of hearing on Defendants' discovery motion) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE