UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                                              CRIMINAL NO. 04 10288 RWZ

CARLOS ESPINOLA, et al.

### DEFENDANT JONATHAN MITCHELL'S MOTION FOR LEAVE TO JOIN THE JOINT DISCOVERY MOTION OF DEFENDANTS JOSEPH ALLEN, PHILIP ALBERT, JR., CARLOS ESPINOLA, JAMES GARDNER, AND JARED KNOWLTON

NOW COMES the defendant, Jonathan Mitchell, and respectfully moves this Honorable Court for leave to join in the Joint Motion for Discovery filed by co-defendants Joseph Allen, Philip Albert, Jr., Carlos Espinola, James Gardner, and Jared Knowlton on or about April 12, 2005.

Respectfully submitted,
Jonathan Mitchell
By his Attorney,

William F. Sullivan
Sullivan & Associates, P.C.
277 Newport Avenue
Quincy, MA 02170
(617) 328-6900
BBO# 488290