UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                              CRIMINAL NO. 04 10288 RWZ

CARLOS ESPINOLA, et al.

### DEFENDANT JONATHAN MITCHELL'S MOTION FOR LEAVE TO JOIN CO-DEFENDANT MACLEOD'S MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT

NOW COMES the defendant, Jonathan Mitchell, and respectfully moves this Honorable Court for leave to join in the Motion to Strike Surplusage from the Indictment filed by co-defendant Archibald MacLeod, Jr. on or about February 7, 2005, in the above-numbered matter.

                                        Respectfully submitted,
                                        Jonathan Mitchell
                                        By his Attorney,

                                        William F. Sullivan
                                        Sullivan & Associates, P.C.
                                        277 Newport Avenue
                                        Quincy, MA 02170
                                        (617) 328-6900
                                        BBO# 488290