UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
vs.                            )    CRIMINAL ACTION
                               )    NO. 04-10288-RWZ
JONATHAN MITCHELL, ET AL,      )
        Defendants,            )
_____)
```

ORDER AMENDING CONDITIONS OF RELEASE
August 1, 2005

**SWARTWOOD, C.M.J.**

A request has been made by both the Pretrial Services and the Government that Mr. Mitchell's release on conditions be revoked. On July 27, 2005, I conducted a revocation hearing and at that hearing, determined that Mr. Mitchell is in need of drug treatment. Therefore, have released Mr. Mitchell for in-patient drug treatment at Gosnold Residential Treatment Center in Falmouth, Massachusetts and am amending his conditions of release as follows:

1. Mr. Mitchell shall report to Gosnold Residential Treatment Center in Falmouth, Massachusetts for in-patient drug treatment and shall remain at that facility for as long as Gosnold Residential Treatment Center personnel determine that it is necessary for Mr. Mitchell's treatment. Upon release from Gosnold

      Residential Treatment Center, I will conduct a hearing to determine further conditions of release; and

2. While at Gosnold Residential Treatment Center, Mr. Mitchell shall comply with all of its rules and regulations.

                                            <u>/s/Charles B. Swartwood, III</u>
                                            CHARLES B. SWARTWOOD, III
                                            CHIEF MAGISTRATE JUDGE