LAW OFFICES
OF
SULLIVAN & ASSOCIATES, P.C.

WILLIAM F. SULLIVAN
RICHARD J. SWEENEY
NEAL T. QUERSHER

OF COUNSEL:
THOMAS L. LARGEY
JOSEPH F. KILLION

MARY E. PLAYER
  PARALEGAL



277 NEWPORT AVENUE
QUINCY, MA 02170
(617) 328-6900
FAX (617) 328-6655
E-MAIL:
wsullivan@wsullivanlaw.com

March 13, 2006

United States District Court
Attn: Lisa Urso
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

**Re:** U.S. v. Espinola, et al
**No:** 04 10288 RWZ

Dear Ms. Urso:

    This letter is to request that my client, Jonathan Mitchell, be put on the list for this Friday, March 17, 2006 for a Change of Plea Hearing on the above referenced case. It is my understanding that several of the co-defendants in the above referenced case are also scheduled for a Change of Plea Hearing this Friday, and in the interests of judicial economy we would seek to also tender a change of plea at that time.

    If I can be of any assistance, or if you need any further information, please do not hesitate to contact me.

Very truly yours,

William F. Sullivan