UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES                 )
                              )
      v.                      )         CRIMINAL NO. 04 10288 RWZ
                              )
JONATHAN MITCHELL             )
_____)
```

## MOTION FOR DOWNWARD DEPARTURE AND FOR IMPOSITION OF NON-GUIDELINES SENTENCE

The defendant Jonathan Mitchell respectfully moves this Honorable Court to impose a non-Guidelines sentence under 18 U.S.C. §§3553(a)(1), (a)(2)(A), (a)(2)(B), (a)(2)(C), and (a)(2)(D), pursuant to the principles set forth in *United States v. Booker*, 543 U.S. 220 (2005) and *United States v. Jiminez-Beltre*, 440 F3d 514 (1st Cir. *en banc* 2006).

In support hereof, the defendant relies upon the arguments set forth in his Sentencing Memorandum, §§ III and IV, which is specifically incorporated herein by reference.

July 31, 2006

Respectfully submitted,
Jonathan Mitchell
By his attorney,

/s/ William F. Sullivan
William F. Sullivan
Sullivan & Sweeney, LLP
277 Newport Avenue
Quincy, MA 02170
(617) 328-6900
BBO# 488290

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing motion has been served the above date electronically upon Assistant U.S. Attorney David G. Tobin.

                                                /s/ William F. Sullivan
                                                _____